# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| i: a man;<br>**Douglas-Scott: Auch**<br>as Plaintiff/Prosecutor/Aggrieved Party<br><br>**Cheryl Gering, First Judicial**<br>  **Circuit Court Judge**<br>**Steven K. Huff, Attorney at Law**<br>**Larry Ness, President**<br>**Dan Burns**<br>**Aaron Ness**<br>  **Agents of First Dakota National**<br>  **Bank**<br>**Defendant/Wrongdoers** | Nature of case: claim<br>claim: trespass, theft,<br>(verified)<br><br>Case# 15-4060 |

## SUMMONS IN A CIVIL ACTION

To:
Magistrate Cheryl Gering
First Judicial Circuit Court
410 Walnut St., #201
Yankton, SD 57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

DOUGLAS SCOTT AUCH ESTATE/TRUST
General Post Office 233 Main Ave.
Lesterville, South Dakota, (57040-9998)
Phone # 605-364-7318
Email: dzenergysystems@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-20-15

_Deb Peterson_ Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| i: a man;<br>**Douglas-Scott: Auch**<br>as Plaintiff/Prosecutor/Aggrieved Party )<br>_____ )<br> )<br>**Cheryl Gering, First Judicial**<br>    **Circuit Court Judge** )<br>**Steven K. Huff, Attorney at Law** )<br>**Larry Ness, President** )<br>**Dan Burns** )<br>**Aaron Ness** )<br>    **Agents of First Dakota National** )<br>    **Bank** )<br>**Defendant/Wrongdoers** ) | Nature of case: claim<br>claim: trespass, theft,<br>(verified)<br><br>Case# _15-4060_ |

## SUMMONS IN A CIVIL ACTION

To:
Steven K. Huff, Attorney at Law
200 West 3rd Street, PO Box 667
Yankton, SD 57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

DOUGLAS SCOTT AUCH ESTATE/TRUST
General Post Office 233 Main Ave.
Lesterville, South Dakota, (57040-9998)
Phone # 605-364-7318
Email: dzenergysystems@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-20-15

*Deb Peterson, Deputy Clerk*
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| **i: a man;** <br> **Douglas-Scott: Auch** <br> as Plaintiff/Prosecutor/Aggrieved Party <br> _____ <br> <br> **Cheryl Gering, First Judicial** <br> **Circuit Court Judge** <br> **Steven K. Huff, Attorney at Law** <br> **Larry Ness, President** <br> **Dan Burns** <br> **Aaron Ness** <br>   Agents of First Dakota National <br>   Bank <br> **Defendant/Wrongdoers** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>   Nature of case: claim <br>   claim: trespass, theft, <br>   (verified) <br> <br>   Case# _15-4060_ |

## SUMMONS IN A CIVIL ACTION

To:
Larry Ness, President
First Dakota National Bank
225 Cedar St.
Yankton, SD 57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

    DOUGLAS SCOTT AUCH ESTATE/TRUST
    General Post Office 233 Main Ave.
    Lesterville, South Dakota, (57040-9998)
    Phone # 605-364-7318
    Email: dzenergysystems@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-20-15

Deb Peterson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| i: a man;<br>**Douglas-Scott: Auch**<br>as Plaintiff/Prosecutor/Aggrieved Party )<br>_____ )<br><br>**Cheryl Gering, First Judicial**<br>   **Circuit Court Judge** )<br>**Steven K. Huff, Attorney at Law** )<br>**Larry Ness, President** )<br>**Dan Burns** )<br>**Aaron Ness** )<br>   **Agents of First Dakota National** )<br>   **Bank** )<br>**Defendant/Wrongdoers** ) | Nature of case: claim<br>claim: trespass, theft,<br>(verified)<br><br>Case# 15-4060 |

## SUMMONS IN A CIVIL ACTION

To:
Dan Burns
First Dakota National Bank
225 Cedar St.
Yankton, SD  57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

DOUGLAS SCOTT AUCH ESTATE/TRUST
General Post Office 233 Main Ave.
Lesterville, South Dakota, (57040-9998)
Phone # 605-364-7318
Email:  dzenergysystems@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-20-15

_Bob Peterson Deputy_
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| **i: a man;** <br> **Douglas-Scott: Auch** <br> as Plaintiff/Prosecutor/Aggrieved Party <br> _____ <br><br> **Cheryl Gering, First Judicial** <br>     **Circuit Court Judge** <br> **Steven K. Huff, Attorney at Law** <br> **Larry Ness, President** <br> **Dan Burns** <br> **Aaron Ness** <br>     **Agents of First Dakota National** <br>     **Bank** <br> **Defendant/Wrongdoers** | Nature of case: claim <br> claim: trespass, theft, <br> (verified) <br><br> Case# _15-4060_ |

## SUMMONS IN A CIVIL ACTION

To:
Aaron Ness
First Dakota National Bank
225 Cedar St.
Yankton, SD 57078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff whose name and address is:

    DOUGLAS SCOTT AUCH ESTATE/TRUST
    General Post Office 233 Main Ave.
    Lesterville, South Dakota, (57040-9998)
    Phone # 605-364-7318
    Email: dzenergysystems@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _3-20-15_         _Deb Peterson Deputy Clerk_
                                            Signature of Clerk or Deputy Clerk